# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| VICTOR BARRY, : | |
| Plaintiff, : | |
| : | Case No. 3:09cv00241 |
| vs. : | District Judge Thomas M. Rose |
| : | Magistrate Judge Sharon L. Ovington |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, : | |
| : | |
| Defendant. | |

## DECISION AND ENTRY

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #12), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on May 6, 2010 (Doc. #12) is ADOPTED in full;

2. The Commissioner's final non-disability decision is AFFIRMED; and

3. The case is terminated on the docket of this Court.

May 25, 2010                                    *s/THOMAS M. ROSE*

                                                Thomas M. Rose
                                                United States District Judge